# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

12/2/09

*Check # 105*
*12/2/09 .83*
*Receipt # 6707*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

        RE:    WILLIAMS, JANET E.
                  BK No.: 08-20627

Dear Clerk:

        Under FRBP 3010, enclosed please find a Trustee's check in the amount of $0.83, belonging to the estate of the above-named Debtor, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 4 | Highland Hospital | $25.00 | 08/08/08 | $0.83 |
| | c/o Mercantile Adjustment Bureau<br>803 West Ave., Suite 197<br>Rochester NY 14611 | | | |

Sincerely,

*Madeline M. Stolt*

Madeline M. Stolt
Paralegal
Encl.

1600 Crossroads Building
Two State Street
Rochester, NY 20627

585 232 3730
FAX 585 232 3882

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP